```
JOHN R. ALTIERI                          Document Electronically Filed
Attorney at Law
25 East Salem Street
P.O. Box 279
Hackensack, NJ  07602-0279
(201) 343-6525
Attorney for Defendants
SPC ACQUISITION COMPANY, LLC,
DONALD HANSON, STUART ALPERT
AND PETER HANSON
```

UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

```
-------------------------------
MINT HILL/KERR/NASHVILLE, LLC,
                                    Civil Action No.:
                                    2:14-cv-04401 (WHW-CLW)
            Plaintiff,              CIVIL ACTION
      vs.

SPC ACQUISITION COMPANY, LLC,       NOTICE OF CROSS-MOTION
DONALD HANSON, STUART ALPERT,       FOR PARTIAL JUDGMENT ON
PETER HANSON and FIRST AMERICAN     THE PLEADINGS

            Defendants.
-------------------------------
```

       PLEASE TAKE NOTICE that on Monday, October 20, 2014 at 10 a.m. the undersigned attorney for defendants SPC ACQUISITION COMPANY,LLC, DONALD HANSON, STUART ALPERT AND PETER HANSON will move the United States District Court for the District of New Jersey, Honorable WILLIAM H. WALLS, USDJ, presiding, for an order, pursuant to Rule 7 (c)of the Federal Rules of Civil Procedure granting partial judgment on the Pleadings and dismissing Counts Two and Three of the Complaint,and Count One as to the individual defendants.

       Defendants will rely upon the the Brief in Support of the Cross-Motion. Defendants also will rely upon the foregoing

submission to the Court as opposition to the Plaintiff's motion for Judgment on the Pleadings.

    A proposed form of Order is submitted herewith. Oral argument is requested.

Dated: October 6, 2014        <u>/s/ John R. Altieri</u>
                                      JOHN R. ALTIERI