NOT FOR PUBLICATION                                                                                              CLOSE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MINT HILL/KERR/NASHVILLE, LLC, | : | |
| Plaintiff, | : | **ORDER** |
| v. | : | |
| SPC ACQUISITION COMPANY LLC, DONALD HANSON, STUART ALPERT, and PETER HANSON, | : | Civ. No. 14-4401 (WHW)(CLW) |
| Defendants. | : | |

**Walls, Senior District Judge**

It is hereby ORDERED that judgment is entered in favor of Plaintiff on the breach of contract claim against Defendant SPC Acquisition Company LLC, in the amount of Plaintiff's litigation expenses in bringing this case;

It is further ORDERED that Plaintiff make written application to the Court for its litigation expenses within 30 days of the date of this Order, and that Defendant respond to Plaintiff's application within 21 days of the date of Plaintiff's filing;

It is further ORDERED that Counts Two and Three of the complaint are dismissed;

And it is further ORDERED that the complaint is dismissed as against Donald Hanson, Stuart Alpert and Peter Hanson.

IT IS SO ORDERED:

DATE:  12/22/2014

William H. Walls, U.S.D.J.

Senior United States District Judge